IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEWIS JONES,

      Plaintiff,                  No. CIV S-08-0399 LKK JFM P

   vs.

C/O BASER, et al.,[1]

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently

---

[1] On February 22, 2008, plaintiff filed a letter setting forth allegations against California State Prison Sacramento. On March 7, 2008, plaintiff was directed to file a complaint. On March 25, 2008, plaintiff filed a complaint against various correctional staff. Accordingly, the Clerk of the Court will be directed to change the caption of this case on the court docket.

1

without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff's complaint contains allegations of assault and battery, assault with intent to inflict great bodily injury and assault with intent to inflict great bodily harm.  Plaintiff names four defendants:  Correctional Officers Baser, Tuers and Jennings as well as R.N. Nagrampa.  However, plaintiff alleges assault and battery allegations as to defendant Baser only.  The allegations as to defendants Tuers, Jennings and Nagrampa are insufficient to state a cognizable civil rights claim for assault and battery.  Accordingly, the court will not order service of process on these defendants.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to defendant Baser only.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to change the caption of this case on the court docket, as reflected above.

2. Plaintiff's request for leave to proceed in forma pauperis is granted.

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

4. Service is appropriate for defendant Correctional Officer Baser.

5. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 25, 2008.

1        6. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3        a. The completed Notice of Submission of Documents;
4        b. One completed summons;
5        c. One completed USM-285 form for defendant Baser; and
6        d. Two copies of the endorsed complaint filed March 25, 2008.
7        7. Plaintiff need not attempt service on defendants and need not request waiver of
8 service.  Upon receipt of the above-described documents, the court will direct the United States
9 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
10 without payment of costs.
11 DATED:  March 31, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; jone0399.1a

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TIMOTHY LEWIS JONES,
11          Plaintiff,                         No. CIV S-08-0399 LKK JFM P
12      vs.
13   C/O BASER, et al.,                        NOTICE OF SUBMISSION
14          Defendants.                        OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18          _____      completed summons form
19          _____      completed USM-285 forms
20          _____      copies of the _____
                                         Complaint
21
     DATED:
22
23
24                                                   _____
                                                     Plaintiff
25
26