IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEWIS JONES,

    Plaintiff,                        No. CIV S-08-0399 LKK JFM P

    vs.

CALIFORNIA STATE PRISON
SACRAMENTO, et al.,

    Defendants.               ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2008, plaintiff filed a request for summons to issue. On July 29, 2008, plaintiff filed a request for two USM-285 forms. However, the docket reflects that the United States Marshal was directed to serve process on May 29, 2008. Plaintiff's requests are, therefore, moot and will be denied.

        On July 29, 2008, plaintiff filed a request for court-ordered law library access. Plaintiff states he has been able to attend the law library two or three times a month, but seeks a court order requiring the prison to provide him law library access two times per week.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 17, 2008 and July 29, 2008 requests are denied (docket nos. 20 & 24).

2. Plaintiff's July 29, 2008 request is denied (docket no. 23).

DATED:  August 5, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001;jone0399.cuo