IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEWIS JONES,

    Plaintiff,                    No. 2:08-cv-0399 LKK JFM (PC)

    vs.

BASER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file a response to defendants' December 30, 2008 reply.  However, this court's local rules and the Federal Rules of Civil Procedure contemplate three filings in connection with a dispositive motion:  the motion, an opposition, and a reply.  Plaintiff is not permitted to respond to the reply.  Accordingly, plaintiff's request for extension will be denied.

        IT IS HEREBY ORDERED that plaintiff's January 9, 2009 request for an extension of time (#34) is denied.

DATED:  January 21, 2009.

UNITED STATES MAGISTRATE JUDGE

/md/001; jone0399.36